No. 92–1842. DOE *v.* ENTERGY SERVICES, INC. Ct. App. La., 4th Cir. Certiorari denied.

No. 92–1843. POSTON *v.* POSTON. Sup. Ct. Vt. Certiorari denied.

No. 92–1844. LOUISIANA *v.* ABADIE. Sup. Ct. La. Certiorari denied.

No. 92–1845. MEDINA *v.* ANTHEM LIFE INSURANCE CO. C. A. 5th Cir. Certiorari denied.

No. 92–1846. LEVIN, EXECUTOR, ESTATE OF LEVIN PRINCE, DECEASED *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 4th Cir. Certiorari denied.

No. 92–1847. PREECE *v.* KENTUCKY. Sup. Ct. Ky. Certiorari denied.

No. 92–1848. WHITWORTH BROTHERS STORAGE CO. *v.* CENTRAL STATES, SOUTHEAST AND SOUTHWEST AREAS PENSION FUND ET AL.; and
No. 92–2014. CENTRAL STATES, SOUTHEAST AND SOUTHWEST AREAS PENSION FUND ET AL. *v.* WHITWORTH BROTHERS STORAGE CO. C. A. 6th Cir. Certiorari denied.

No. 92–1849. LUNDER *v.* CITY OF LOS ANGELES ET AL. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 92–1850. CHILDS *v.* ALABAMA. Ct. Crim. App. Ala. Certiorari denied.

No. 92–1851. DAILEY ET AL. *v.* NATIONAL HOCKEY LEAGUE ET AL. C. A. 3d Cir. Certiorari denied.

No. 92–1852. SANDERS *v.* SAMANIEGO, SHERIFF, EL PASO COUNTY, TEXAS. C. A. 5th Cir. Certiorari denied.

No. 92–1854. POOLE, ADMINISTRATRIX OF THE ESTATE OF POOLE *v.* CONSOLIDATED RAIL CORPORATION. Ct. App. N. Y. Certiorari denied.